IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES E. BAKER, JR.,

    Petitioner,                    No. CIV S-06-0307 GEB DAD P

    vs.

DAVID L. RUNNELS, et al.,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner has requested a ten-day extension of time to file his objections to the June 6, 2007 findings and recommendations. The request will be granted. Petitioner is cautioned, however, that his objections should only address the dismissal of his third claim concerning the trial court's refusal to strike his prior convictions at the time of sentencing. Along with the findings and recommendations, the court ordered petitioner to file and serve a motion for a stay and abeyance. In the interest of justice the court will also grant petitioner an extension of time to file his motion.

        On July 23, 2007, petitioner filed a document styled, "Opposition To Motion To Dismiss." This document was previously filed on November 29, 2006 and was construed as petitioner's opposition to respondent's October 30, 2006 motion to dismiss. Therefore, petitioner's document, filed on July 23, 2007, shall be placed in the file and disregarded.

1

According, IT IS HEREBY ORDERED that:

1. Petitioner's July 27, 2007 motion for an extension of time is granted;

2. Petitioner is granted ten days from the service of this order in which to file his objections to the June 6, 2007 findings and recommendations;

3. Petitioner is granted until August 17, 2007 to file his motion for a stay and abeyance; and

4. Petitioner's opposition to motion to dismiss, filed on July 23, 2007, shall be placed in the file and disregarded as duplicative.

DATED: August 1, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD/bb/4
bake0307.111