IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES EDWARD BAKER, JR.,

    Petitioner,                    No. CIV S-06-0307 GEB DAD P

    vs.

DAVID L. RUNNELS, et al.,

    Respondents.              ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed "objections" to respondents' answer. Petitioner contends that the fourth claim of his habeas petition is properly before this court and that the California Supreme Court denied his state habeas petition presenting that claim on March 19, 2008. Petitioner is informed that this action is proceeding only with respect to the first and second claims set forth in his petition. See Findings and Recommendations filed Oct. 12, 2007 and Order filed Nov. 30, 2007. Petitioner's objections will be disregarded and the court will grant him an extension of time to file his traverse to respondents' answer.

        Accordingly, IT IS HEREBY ORDERED that:

    1. Within thirty days from the service of this order, petitioner shall file his traverse; and

1

2. Petitioner's objections to the answer, filed on April 24, 2008, shall be placed in the file and disregarded.

DATED: May 2, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
bak0307.eot28