UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. BAKER, JR.,<br><br>    Petitioner,<br><br>v.<br><br>JOHN MARSHALL,[1] et al.,<br><br>    Respondent. | No. 2:06-cv-00307-RCT<br><br><br><br><br><br><br><br>**ORDER** |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 29, 2007, the Court denied Petitioner's August 12, 2007, request for a stay and abeyance to return to state court to exhaust his unexhausted fourth claim, which concerned alleged perjury by prosecution witnesses. Respondents were ordered to file an answer to only the first and second claims of the petition for a writ of habeas corpus filed on February 13, 2006. These two claims are addressed in the accompanying Memorandum Decision and Order of even date filed with this order.

Accordingly, IT IS HEREBY ORDERED that Petitioner's fourth claim,

---

[1] John Marshall is substituted for his predecessor, David L. Runnels, as the warden where the petitioner is incarcerated, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

challenging alleged perjury by prosecution witnesses, is DISMISSED with prejudice.

DATED this 16th day of December, 2008, at Seattle, Washington.

RICHARD C. TALLMAN
United States Circuit Judge
Sitting by designation