UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. BAKER, JR.,<br><br>  Petitioner,<br><br>v.<br><br>JOHN MARSHALL,[1] et al.,<br><br>  Respondent. | No. 2:06-cv-00307-RCT<br><br><br><br><br><br><br><br>**JUDGMENT** |

Today this Court issued its Memorandum Decision and Order disposing of this case in its entirety. Accordingly, judgment is hereby entered in favor of Respondents, Petitioner shall take nothing, and the case is dismissed with prejudice.

DATED this 16th day of December, 2008, at Seattle, Washington.

*Richard C. Tallman*
RICHARD C. TALLMAN
United States Circuit Judge
Sitting by designation

---

[1] John Marshall is substituted for his predecessor, David L. Runnels, as the warden where the petitioner is incarcerated, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.